DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE MANUEL DE BARROS,**
Appellant,

v.

**PEMBROKE PINES POLICE DEPARTMENT, ET AL.,**
Appellee.

No. 4D21-296

[July 8, 2021]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. RPO-20-0003599.

Fairuze Sofia of The Sofia Law Firm, Fort Lauderdale, for appellant.

Shana H. Bridgeman of Goren, Cherof, Doody & Ezrol, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***